UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DOUGLAS J. SITTLER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:11-cv-05137-RBL-JRC<br><br>ORDER AMENDING<br>THE SCHEDULING ORDER |

Based on Defendant's Motion (ECF No. 18), and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including July 15, 2011, to file Defendant's responsive brief;
- Plaintiff shall have up to and including July 29, 2011, to file an optional reply brief; and
- Oral argument, if desired, shall be requested by August 5, 2011.

DATED this 24th day of June, 2011.

                                                        J. Richard Creatura
                                                        United States Magistrate Judge