UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS J. SITTLER,<br><br>　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　Defendant. | Civil No. 3:11-cv-05137-RBL-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrate Judge Rule MJR 4(a)(4), and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration (ECF No. 21).

After reviewing the stipulated motion and the remaining record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g).

Page 1　　REPORT AND RECOMMENDATION - [3:11-cv-05137-RBL-JRC]

On remand, an administrative law judge (hereinafter "the ALJ") should hold a *de novo* hearing and plaintiff should be allowed to raise any issue and submit additional evidence and arguments to the ALJ. This Court recommends that the ALJ take any other actions necessary to develop the record.

> On remand, the ALJ should further evaluate the opinions of record and explain the weight given; reevaluate credibility, including any lay evidence; obtain evidence from a medical expert, who is a board certified psychiatrist, to clarify the nature and severity of plaintiff's mental impairments and to what extent, if any, drug and/or alcohol addiction is a material factor in the existence or severity of those impairments; and, reevaluate the residual functional capacity finding. If warranted, the ALJ should obtain supplemental evidence from a vocational expert in order to identify appropriate jobs in the national economy based on assessed limitations and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles.

New medical evidence, if available, shall be considered on remand.

Following proper presentation, this Court should consider plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d).

Based on the relevant record and the parties' stipulation, the undersigned recommends that the Court immediately grant defendant's motion and **REVERSE** the Commissioner's decision pursuant to sentence four of 42 U.S.C. §405(g), with a **REMAND** of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

This Court recommends that JUDGMENT should be entered for plaintiff and that this case be closed.

DATED this 11th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge

Page 2      REPORT AND RECOMMENDATION - [3:11-cv-05137-RBL-JRC]