# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOUGLAS J. SITTLER

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5137RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Court adopts the Report and Recommendation; and

    The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g), to the Administration for further consideration.

   July 11, 2011                                             BRUCE RIFKIN
Date                                                                      Clerk

                                                                *s/CM Gonzalez*
                                                                  Deputy Clerk